IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| ROBERT EUGENE HYBERTSON, et al., | |
| Plaintiffs, | Case No. 5:15-cv-5040 |
| v. | **DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

On May 20, 2015, Plaintiff Robert Eugene Hybertson filed a *pro se* complaint against the United States, the Department of Treasury, the Internal Revenue Service, and IRS Criminal Investigation Agent Greg M. Flynn. (Docket No. 1, "Compl.") Additional individuals have purported to join as *pro se* plaintiffs in Hybertson's complaint. At base, they claim that they are not subject to the internal revenue laws and that their income is not subject to taxation. They seek only a declaratory judgment that their long-debunked tax defier theories are correct. Their claims are frivolous.

For the reasons stated in the brief in support of this motion, all Defendants move to dismiss the complaint, under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction. Further, all claims against Agent Greg Flynn should be dismissed for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2). Because all claims in this case are frivolous, neither Hybertson nor any other purported plaintiff should be granted leave to amend. *See Plymouth County v. Merscorp, Inc.*, 774 F.3d 1155, 1160 (8th Cir. 2014).

1

Dated: August 6, 2015   Respectfully submitted,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General
Tax Division

*/s/ Erin Healy Gallagher*
ERIN HEALY GALLAGHER
DC Bar No. 985670
U.S. Department of Justice, Tax Division
Post Office Box 7238
Washington, D.C. 20044
Telephone: (202) 353-2452
Fax: (202) 514-6770
E-mail: erin.healygallagher@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2015, a copy of foregoing DEFENDANTS' MOTION TO DISMISS THE COMPLAINT was filed electronically with the Court. The following persons, appearing *pro se*, were served by U.S. Mail, first-class, postage pre-paid, on the same date at:

Robert Eugene Hybertson
8035 Blackhawk Road
Black Hawk , SD  57718

Christopher Rhodes Chapman
3080 Finsterwald Dr.
Titusville , FL  32780

Robert Orth
7207 Lafayette
Indianapolis , IN  46278

Richard Boggs
7001 St. Andrews Rd. #124
Columbia , SC  29212

John Howard Alexander
2435 East North Street Suite #105
Greenville, SC 29615

Mark Peters
15941 Durand Ave lot 45D
Union Grove, WI 53182

Leldon Oates
1027 South Pendleton Street #B301
2 Easley, SC 29642

Theodore Hammond
35 Congress Street
Pembroke, Massachusetts 02359

Robert E. Butler and Carrie J. Butler.
183 Dennis Ave.
Salinas CA, 93905

*/s/ Erin Healy Gallagher*
ERIN HEALY GALLAGHER
DC Bar No. 985670
U.S. Department of Justice, Tax Division
Post Office Box 7238
Washington, D.C. 20044
Telephone: (202) 353-2452
Fax: (202) 514-6770
E-mail: erin.healygallagher@usdoj.gov

*Attorney for Defendants*