IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| ROBERT EUGENE HYBERTSON, *et al.*, ) | |
| ) | Case No. 5:15-cv-5040 |
| Plaintiffs, ) | |
| ) | **MOTION TO APPEAR ON BEHALF** |
| v. ) | **OF THE UNITED STATES** |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Pursuant to D.S.D. Civ. LR 83.3(F), the United States respectfully moves for admission of its attorney, Casey S. Smith, to this Court's Bar for the pendency of the above-captioned case. Undersigned counsel is an attorney who resides outside South Dakota and is appointed by the Attorney General of the United States as a Trial Attorney for the U.S. Department of Justice, Tax Division. Undersigned counsel is a member in good standing of the highest bar of the State of Connecticut.

WHEREFORE, the United States hereby moves for admission of its attorney, Casey S. Smith. Attached is a Proposed Order granting this motion.

Dated: December 28, 2015            Respectfully submitted,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

*/s/ Casey S. Smith*            _
CASEY S. SMITH
Connecticut Bar #: 436378
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C.  20044
202-307-0715 (v)
202-514-6770 (f)
Casey.S.Smith@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2015, I caused the foregoing MOTION TO APPEAR ON BEHALF OF THE UNITED STATES to be served by placing true copies thereof in the U.S. mail, in a sealed envelope, postage prepaid, on the following *pro se* parties:

Robert Eugene Hybertson
8035 Blackhawk Road
Black Hawk, SD 57718

Christopher Rhodes Chapman
3080 Finsterwald Dr.
Titusville, FL 32780

Robert Orth
7207 Lafayette
Indianapolis, IN 46278

Richard Boggs
7001 St. Andrews Rd. #124
Columbia, SC 29212

John Howard Alexander
2435 East North Street, Suite #105
Greenville, SC 29615

Mark Peters
15941 Durand Ave, lot 45D
Union Grove, WI 53182

Leldon Oates
1027 South Pendleton Street, #B301
Easley, SC 29642

Theodore Hammond
35 Congress Street
Pembroke, MA 02359

Robert E. Butler
183 Dennis Ave.
Salinas, CA 93905

Carrie J Butler
183 Dennis Ave
Salinas, CA 93905

James Davis
PO Box 814
Syracuse, KS 67878

Lee C Prymmer
4699 Springmeadow Lane
Sarasota, FL 34233

James A. Loring
P.O. Box 326
Whitman, MA 02382

Randolph Phillip Frodsham
25151 Spring Street
Perris, CA 92570-7789

John Adrian Van Rossem
P.O. Box 415
Little Meadows, PA 18830

Diane Griffith
P.O. Box 1454
Anadarko, OK 73005

Otto Kroupa
1237 S. Spring Garden St.
Portland, OR 97219

                                            */s/ Casey S. Smith*
                                            CASEY S. SMITH
                                            Attorney for the United States