UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| ROBERT EUGENE HYBERTSON, CHRISTOPHER RHODES CHAPMAN, ROBERT ORTH, RICHARD BOGGS, JOHN HOWARD ALEXANDER, MARK PETERS, LELDON OATES, THEODORE HAMMOND, ROBERT E. BUTLER, CARRIE J. BUTLER, JAMES DAVIS, LEE C. PRYMMER, JAMES A. LORING, RANDOLPH PHILLIP FRODSHAM, JOHN ADRIAN VAN ROSSEM, DIANE GRIFFITH, OTTO KROUPA, and TODD KEITH DUMAS, <br><br>          Plaintiff, <br><br>vs. <br><br>UNITED STATES, DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, and IRS C.I.D. AGENT GREG M. FLYNN, <br><br>          Defendants. | CIV. 15-5040-JLV <br><br> JUDGMENT OF DISMISSAL |

Pursuant to the court's order (Docket 43) of March 24, 2016, it is

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the defendants and against plaintiffs.

Dated March 24, 2016.

                              BY THE COURT:

                              /s/ *Jeffrey L. Viken*
                              JEFFREY L. VIKEN
                              CHIEF JUDGE